# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# at Greenbelt

In re:   Case No.: **18–20486 – WIL**   Chapter: **13**

**Theresa Dawn Royal**
Debtor

# DEFICIENCY NOTICE

DOCUMENT: 36 – Amended Chapter 13 Plan. $ 125 per month for 18 month(s), $ 325 per month for 12 month(s), $ 525 per month for 30 month(s), for a total term of 60 months Filed by Theresa Dawn Royal.

PROBLEM: **The following items are deficient for the above pleading, and must be cured by 11/26/18. Signature of debtor missing.**

CURE: The above pleading must be signed by the debtor. (Federal Bankruptcy Rule 9011(a))

CONSEQUENCE: Failure to cure the problem(s) by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem(s) may result in the relief sought being denied for want of prosecution.

**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing–requirements.**
**Additional information for non–attorney filers: http://www.mdb.uscourts.gov/content/after–filing.**

Dated: 11/9/18

   Mark A. Neal, Clerk of Court
   by Deputy Clerk, Yvette Oliver
   410–962–4424

cc:   Debtor
   Attorney for Debtor – PRO SE

defntc (rev. 12/12/2016)