IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
*Greenbelt Division*

IN RE:
Theresa Dawn Royal
    Debtor
_____      Case No. 18-20486-WIL

The Bank of New York Mellon f/k/a The Bank of New
York, as Trustee for the Certificateholders of the CWABS
Inc., Asset-Backed Certificates, Series 2006-1
    Movant,      Chapter 13

vs.

Theresa Dawn Royal
    Debtor

---

**MOTION TO DISMISS CASE WITH PREJUDICE FOR BAD FAITH, REQUEST FOR BAR TO RE-FILING FOR TWO YEARS AND REQUEST FOR EQUITABLE SERVITUDE FOR TWO YEARS ON PROPERTY LOCATED AT 12305 QUILT PATCH LANE, BOWIE, MARYLAND 20720**

The Bank of New York Mellon *f/k/a* The Bank of New York, as Trustee for the Certificateholders of the CWABS Inc., Asset-Backed Certificates, Series 2006-1 ("Movant"), by and through undersigned counsel, Brock & Scott, PLLC, hereby moves this Court for entry of an Order dismissing case with prejudice for bad faith, imposing a bar to re-filing for two years, request for imposition of an equitable servitude for two years on the subject property located at 12305 Quilt Patch Lane, Bowie, Maryland 20720 ("Motion to Dismiss"). The further grounds and bases for this Motion to Dismiss are set forth in the accompanying Memorandum in Support of Motion to Dismiss filed contemporaneously herewith.

    WHEREFORE, Movant respectfully request that this Court grant its Motion to Dismiss and the relief requested therein.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Date:  November 19, 2018 | /s/ Gene Jung, Esq. |
|  | Gene Jung, Esq., MD Fed. Bar No. 14950 |
|  | Brock & Scott, PLLC |
|  | 7564 Standish Place, Suite 115 |
|  | Rockville, MD  20855 |
|  | (410) 306-7821 |
|  | (240) 316-7825 facsimile |
|  | Gene.Jung@brockandscott.com |
|  | *Counsel for Movant* |

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this  19th  day of  November , 2018, a true and correct copy of the foregoing Motion to Dismiss was served on the following parties in the manner described below:

*Via* First Class Mail, Postage Prepaid:

Theresa Dawn Royal
12305 Quilt Patch Lane
Bowie, MD 20720
*Debtor*


*Via* CM/ECF Electronic Notice:

Timothy P. Branigan
9891 Broken Land Parkway
Suite 301
Columbia, MD 21046
*Chapter 13 Trustee*



 /s/ Gene Jung
Gene Jung

2