**Wendelin I. Lipp , U. S. BANKRUPTCY JUDGE**

_____ RETAIN

Evidentiary Hrg: Y N
Exhibits Filed: Y N

PROCEEDING MEMO - CHAPTER 13

Date: 12/11/2018  Time: 02:00

**CASE: 18-20486 Theresa Dawn Royal**

PRO SE Theresa Dawn Royal (Debtor)

__ T. Branigan __ L. Storzer  Kyle Molding
representing Timothy P. Branigan (Trustee)

[42] Amended Chapter 13 Plan. Amount of Payments per Month: $ 125 per month for 18 $325 per month for 12 $525 per month for 30 month(s), for a total term of 60 months, Filed by Theresa Dawn Royal. Confirmation hearing to be held on 12/11/2018 at 02:00 PM at Courtroom 3-C, Greenbelt - Judge Lipp.

**MOVANT** : Theresa Royal (no aty)

[20] Objection to Confirmation of Plan Filed by The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Certificateholders of the CWABS Inc., Asset-Backed Certificates, Series 2006-1 (related document(s) 1 Proposed Order)

**MOVANT** : The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Certificateholders of the CWABS Inc., Asset-Backed Certificates, Series 2006-1 BY G Jung

[21] Objection to Confirmation of Chapter 13 Plan.

DISPOSITIONS:

Plan: Confirmed Modified Hold Interlineation:$___ Mos.___ Converted to Ch___
Denied without/with leave to amend by:_____ Conf:_____ Dismissed
Continued to: _____

Other Matters: (List Paper No next to ruling)

| Granted _____ | Sustained _____ | Denied _____ |
| Overruled _____ | Withdrawn _____ | Under Adv. _____ |
| Moot _____ | Consent _____ | Dismissed _____ |
| O.T.J. Fee _____ | | |

DECISION:

[ ] Signed by Court          [ ] Filed by Counsel
[✓] To be prepared by:

Handwritten margin notes: CC in, 2 pmts behind $200, adv. Proc. filed today, Bus. Rpts, SDAT, MV taxes for last 3 yrs., No purpose to case if prevails, no dnt to pay if loss, can't cure 300K default

[ ] Movant's counsel         [✓] Court
[ ] Respondent's counsel     [ ] Other _____

NOTES: